■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO TORRES, Appellant.—Judgment of the Supreme Court, Kings County, rendered June 4, 1975, affirmed (see *People v Crimmins,* 36 NY2d 230). Lazer, J. P., Rabin, Shapiro and Margett, JJ., concur.